**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Elisa Sotelo MACIAS, also known as Elias Sotelo Patino, Defendant–Appellant.**

No. 07–41290
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 18, 2009.

Ernest Gonzalez, US Attorney's Office Eastern District of Texas, Plano, TX, for Plaintiff–Appellee.

Derk A Wadas, Plano, TX, for Defendant–Appellant.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be

Before HIGGINBOTHAM, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Elisa Sotelo Macias has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Macias has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.